admission to the practice of law in Ohio based on his current application, but that he be permitted to reapply to take the July 2002 bar exam and that he be required to submit medical evidence substantiating his sustained psychological well-being. We agree that Doe's application should be denied now, but we require a longer waiting period to allow us to evaluate his ability to maintain the medication regimen and health necessary for the regulation of his bipolar disorder. Accordingly, we deny Doe's application for admission to the bar and grant him permission to reapply for the bar exam in February 2003. We further order that the record of proceedings in this case be sealed.

Judgment accordingly.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

RESNICK and LUNDBERG STRATTON, JJ., concur in part and dissent in part.

---

ALICE ROBIE RESNICK, J., concurring in part and dissenting in part.

{¶ 2} I agree with the majority that the applicant should be permitted to reapply for the February 2003 bar examination. However, I disagree with the majority's decision to order that the record of proceedings in this case be sealed, since all matters of this nature should be open to the public.

LUNDBERG STRATTON, J., concurs in the foregoing opinion.

---

John Doe II, pro se.

Robert E. Sweeney Co., L.P.A., and John L. Goodman, for Joint Admissions Committee of the Cleveland/Cuyahoga County Bar Association.

---

THE STATE EX REL. YOUTSEY, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE, ET AL.

[Cite as *State ex rel. Youtsey v. Indus. Comm.,*
96 Ohio St.3d 159, 2002-Ohio-3928.]

(No. 2001–1818—Submitted June 26, 2002—Decided August 14, 2002.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

Law Office of Thomas Tootle Co., L.P.A., and Thomas Tootle, for appellant.

Betty D. Montgomery, Attorney General, and Stephen D. Plymale, Assistant Attorney General, for appellee.

THE STATE EX REL. GILREATH, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE, ET AL.

[Cite as *State ex rel. Gilreath v. Indus. Comm.,*
96 Ohio St.3d 160, 2002-Ohio-3927.]

(No. 2002–0029—Submitted June 26, 2002—Decided August 14, 2002.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK and F.E. SWEENEY, JJ., dissent and would issue a limited writ.

Law Office of Thomas Tootle Co., L.P.A., and Thomas Tootle, for appellant.

Betty D. Montgomery, Attorney General, and Dennis H. Behm, Assistant Attorney General, for appellee.